## CONDON V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.   Rehearing denied July 3, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

E. C. WINSTON, for appellant.   E. D. & J. Q. SMITH, for appellee.

Per curiam.   Dismissed for want of prosecution.

---

## EX PARTE DIMMICK.

(Decided June 18, 1908.)

Original petition in Supreme Court.

GUNTER & GUNTER, and W. F. THETFORD, JR., for petitioner.   J. M. CHILTON, for respondent.

Per curiam.   Writ of mandamus denied.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. V. MILES.

(Decided May 12, 1908.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant.
No counsel marked for appellee.

Per curiam.   Appeal dismissed on motion.

---

## CAMPBELL V. GILLIAM.

(Decided April 20, 1908.)

APPEAL from Madison Chancery Court.

Heard before Hon. W. H. SIMPSON.

TANCRED BETTS, for appellant.   LAWRENCE COOPER, for appellee.

Per curiam.   Appeal dismissed on motion.